UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAURICIO MUNOZ,

                            Plaintiff,

          -v-                                  9:11-CV-0111
                                                     (DNH/TWD)

PAUL MONPETIT; M. PUTNEY; and CALVIN
RABSATT,

                            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                     OF COUNSEL:

MAURICIO MUNOZ
Plaintiff pro se
Bayside State Prison
4293 Route 47
P.O. Box F1
Leesburg, NJ 08327

HON. ERIC T. SCHNEIDERMAN             LAURA A. SPRAGUE, ESQ.
Attorney General for the State of New York    Ass't Attorney General
Attorneys for Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

     Plaintiff brought this action pursuant to 42 U.S.C. § 1983.  On February 28, 2013, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, advised, by Report-Recommendation, that defendants' pre-answer motion for summary judgment be granted and the action be dismissed with prejudice.  No objections to the Report-Recommendation

were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole.  <u>See</u> 28 U.S.C. § 636(b)(1).

Therefore it is

ORDERED that

Defendants' motion for summary judgment is GRANTED and the action is DISMISSED with prejudice.

The Clerk is directed to close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: April 8, 2013
       Utica, New York.